# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **FALCO LATINOAMERICANA,** ) <br> **S.A. DE C.V.,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br>     **v.** ) <br> ) <br> **ALFA LAVAL INC.,** ) <br> ) <br>     **Defendant.** ) | **Civil Action No.: 3:24-cv-00842-DJN** <br> **(Consolidated with 3:24-cv-000252-DJN)** |

**ALFA LAVAL INC.,** )
)
    **Counterclaim-Plaintiff,** )
**v.** )
)
**FALCO LATINOAMERICANA,** )
**S.A. DE C.V.,** )
)
    **Counterclaim-Defendant.** )

## AGREEMENT

My full name is _____. My address is

_____.

    I hereby acknowledge that I am to have access to information designated in this action as CONFIDENTIAL MATERIAL, as permitted by the terms of the parties' Agreed Protective Order, in the captioned action. I certify my understanding that such information has been provided to me pursuant to the terms and restrictions of the Agreed Protective Order entered _____, 2025, in the captioned action, under paragraph 3 thereof, and that I have been given a copy of and have read said Agreed Protective Order and agree to be bound by the terms thereof. I further agree to subject myself to the jurisdiction of the United States District Court for the Eastern District of Virginia regarding resolution of any matter pertaining to said Agreed Protective Order.

Dated:_____  Signature:_____

Print Name:_____